IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY ANTONIO CLAYTON, LAVELL
EARLY AND WILL MCCABE,

    Plaintiffs,

v.

OFFICER J. SCHWANZ, et al.

    Defendants.

ORDER

Case No. 20-cv-148-bbc

    Plaintiffs Bobby Antonio Clayton, Lavell Early and Will McCabe inmates in the custody of the Monroe County Jail, have submitted a proposed complaint and have paid the $400 filing fee. Because plaintiffs are inmates, plaintiffs are subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Bobby Antonio Clayton, Lavell Early and Will McCabe's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiffs will be notified promptly when such a decision has been made. In the meantime, if plaintiffs need to communicate with the court about this case, plaintiffs should be sure to write the case number shown above on any communication.

    Entered this 21st day of February, 2020.

    BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge