IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY ANTONIO CLAYTON,

    Plaintiff,

  v.

OFFICER J. SCHWANZ, LT. R. HALLMAN,
CAPTAIN S. HENDRICKSON, MEDICAL,
and MONROE COUNTY JAIL,

    Defendants.

Case No. 20-cv-148-bbc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 2/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |